In the Matter of the Claim of ELSIE MATTFIELD, Respondent, v. WARD BAKING COMPANY et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.